UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

HAMILTON BEACH BRANDS, INC.,

    Petitioner,

v.                                                       No.:     1:24-mc-25-CEA-chs

THE ESTATE OF MYRTLE IRENE MOORE,
THE ESTATE OF D'NESE LYNN MOORE, and
FRANK ODEM,

    Respondents.

## RESPONSE TO MOTION FOR APPROVAL OF E-FILING ACCOUNT AND MOTION TO GRANT EXPEDITED HEARING VIA ZOOM FOR ALL PARTIES

Comes Hamilton Beach Brands, Inc., (hereinafter Petitioner or HBB) and files this response to the "Motion" of Ms. Pamala Moses for an e-filing account and expedited Zoom hearing (Doc. No. 5) and states as follows.

1. This is a most unusual pleading and of course is for the Court's wise discretion, but HBB makes the following observations as its counsel believes it is duty bound to do for the Court.

2. One of the predicate legal issues is of course legal standing. In emails to HBB that are exhibited to the HBB Petition, Ms. Moses asserts that she is "family" to the two deceased persons from the fire.

3. Also from the Petition, the Court has seen that Probate attorney Sally Love in Cleveland, Tennessee represents who she advises are family members of the decedents, and she plans to

1

file probate papers in the Probate Court of Bradley County, TN soon. She has also sent a cease and desist letter to Ms. Moses stating, *inter alia,* that Ms. Love has been retained by the family of both deceased persons to probate their estates, and that Ms. Moses is "to take no further action regarding the estates of the deceased." Ms. Love's letter to Ms. Moses is part of Collective Exhibit 1 to the Order entered by the Court granting HBB's Petition. (Doc. No. 4) Additionally, a Petition for Administration of the Estate of Myrtle Irene Moore filed by Frank Odem in the Probate Section of the General Sessions Court of Madison County, TN (in which proceeding Mr. Odem stated that Ms. Moses was his "emissary") was dismissed by that Court. As a fundamental matter, Ms. Moses appears to lack standing to assert a claim reserved for the family of decedents or those lawfully appointed by the Probate Court to represent their interests.

4. The Court having entered an Order addressing the immediate collection of evidence, which evidence was collected and the subject residence finished being boarded up on July 3, 2024, and setting a Joint Inspection of the fire scene on August 15-16, 2024, by the Honorable Magistrate Judge Christopher Steger, in HBB's view has addressed the most pressing matters, and HBB sees no urgent need for a Zoom hearing.

5. Counsel for HBB has checked with the Tennessee Board of Professional Responsibility and been advised that Ms. Moses is not licensed as an attorney in the State of Tennessee.

6. HBB means Ms. Moses no disrespect, but believes that she should not be afforded e-filing privileges as an "emissary."

Respectfully submitted,

**ADAMS AND REESE LLP**

_____

Philip Kirkpatrick (BPR No. 006161)
1600 West End Ave., Ste. 1400
Nashville, Tennessee 37203
(615) 259-1450
phil.kirkpatrick@arlaw.com
*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document was served on the parties or counsel below as indicated by depositing it into the Regular U. S. Mail on July 5, 2024.

| | |
|---|---|
| Frank Odem<br>1324 ½ N. Royal St.<br>Jackson, Tennessee 38301-3657<br>*Via Regular U. S. Mail* | The Estate of Myrtle Irene Moore<br>173 North Brook Drive NE<br>Cleveland, Tennessee 37312<br>*Via Regular U. S. Mail* |
| Sally Love<br>223 Harle Ave NW<br>Cleveland, Tennessee 37311-4935<br>*Counsel for Next of Kin of the Estates of Myrtle Irene Moore and D'Nese Lynn Moore*<br>*Via Regular U. S. Mail* | The Estate of D'Nese Lynn Moore<br>173 North Brook Drive NE<br>Cleveland, Tennessee 37312<br>*Via Regular U.S. Mail* |
| | Pamela Jeanine Moses<br>804 Holly Street<br>Memphis, Tennessee 38112<br>*Via Regular U.S. Mail* |

_____
Philip Kirkpatrick